# Court of Appeals
# of the State of Georgia

ATLANTA,  February 05, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1217. CATE T. HOLLIFIELD v. JPMORGAN CHASE BANK, N. A.

On November 3, 2025, the trial court entered an order granting defendant JPMorgan Chase Bank, N. A.'s motion for summary judgment in this action for wrongful foreclosure and other claims. Plaintiff Cate T. Hollifield filed a motion for new trial, which the trial court denied "as there was no trial in this case on which to grant a new trial." On January 3, 2026, Hollifield filed a notice of appeal to this Court. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739(4) (734 SE2d 560) (2012). Hollifield did not file a notice of appeal within 30 days of the summary judgment order; instead, she filed a motion for new trial. A properly filed motion for a new trial extends the time for filing a notice of appeal. See OCGA § 5-6-38(a). But when a motion for new trial is not a proper vehicle for review of a trial court's action, the motion has no validity and will not extend the time for filing an appeal. See *Pillow v. Seymour*, 255 Ga. 683, 684 (341 SE2d 447) (1986). We have held that a motion for new trial is not a proper method for challenging the grant of summary judgment. *Leader Nat. Ins. Co. v. Martin*, 185 Ga. App. 27, 29(1) (363 SE2d 281) (1987); see also *Blackwell v. Sutton*, 261 Ga. 284, 284 n.1 (404 SE2d 114) (1991) ("A motion for new trial, by its very nature, would not lie to rectify an erroneous grant of summary judgment.").

Because Hollifield's motion for new trial was not an appropriate vehicle for

challenging the trial court's summary judgment ruling, it did not operate to extend the time for filing an appeal. Consequently, we lack jurisdiction to consider this untimely appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,__02/05/2026_____*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*